UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**CASE NO: 6:21-cv-01688**

APRIL JOY COLVIN, on behalf of herself
and all others similarly situated*,*

    Plaintiff,
    v.

TOO COOL CAFÉ, LLC, and
CHRISTOPHER J. HIERONYMUS,
individually,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, **APRIL JOY COLVIN**, by and through undersigned counsel and pursuant to FED. R. CIV. P. 41, hereby files this Notice of Voluntary Dismissal *Without* Prejudice against Defendants, TOO COOL CAFÉ, LLC, and CHRISTOPHER J. HIERONYMUS.

**Dated this 19th day of October 2021.**

                                                  Respectfully Submitted,

                                                **USA EMPLOYMENT LAWYERS –
                                                JORDAN RICHARDS PLLC**
                                                1800 SE 10th Ave. Suite 205
                                                Fort Lauderdale, Florida 33316
                                                (954) 871-0050
                                                *Counsel for Plaintiff*

                                                By: */s/ Jordan Richards*
                                                JORDAN RICHARDS, ESQUIRE
                                                Florida Bar No. 1108372
                                                JAKE BLUMSTEIN, ESQUIRE
                                                Florida Bar No. 1017746
                                                *jordan@jordanrichardspllsc.com*
                                                *jake@jordanrichardspllc.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on October 19, 2021.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**Defense Counsel Has Not Appeared**